# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
World Air Holdings, Inc.
101 World Drive
Peachtree City, GA 30269
  **EIN:** 20–2121036

**Chapter:** 7

**Case No.:** 13–12948–MFW

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

PLEASE TAKE NOTICE that Alfred T. Giuliano, trustee for the above styled estate, has filed a Notice of Final Report And Applications For Compensation and Deadline to Object ("NFR") at Docket No. 17 .

The Court has scheduled a hearing regarding this report for April 19, 2023 at 2:00 pm at the U.S. Bankruptcy Court, 824 Market Street, Courtroom #4 , 5th floor, Wilmington, Delaware. The complete Notice of Final Report may be viewed by accessing the court's website at https://www.deb.uscourts.gov/trustees–final–reports.

_Una O'Boyle_

Una O'Boyle, Clerk of Court

Dated: 3/24/23

(VAN–485)