# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re: WORLD AIRWAYS INC. § Case No. 13-12949-MFW
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that Alfred T. Giuliano, Trustee (DE), trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

824 Market Street, 3rd Floor
Wilmington, DE 19801

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 02:00pm on 04/19/2023 in Courtroom 4, United States Courthouse, 824 North Market Street, 5th Floor
Wilmington, DE 19801.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/23/2023    By: /s/ Alfred T. Giuliano
                                                       Trustee

Alfred T. Giuliano, Trustee (DE)
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ 08043
(856) 767-3000

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re: WORLD AIRWAYS INC. § Case No. 13-12949-MFW
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 1,803,424.39 |
| and approved disbursements of | $ 1,423,810.17 |
| leaving a balance on hand of [1] | $ 379,614.22 |
| **Balance on hand:** | $ 379,614.22 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | GRG Aircraft & Leasing, Inc. | 9,500.00 | 0.00 | 0.00 | 0.00 |
| 4 | Solano County Tax Collector | 15,239.90 | 0.00 | 0.00 | 0.00 |
| 23S | Terry Hamric | 8,731.55 | 0.00 | 0.00 | 0.00 |
| 24S | Pennsylvania Department of Revenue | 28,745.05 | 0.00 | 0.00 | 0.00 |
| 31 | Hillsborough County Tax Collector | 111,487.12 | 0.00 | 0.00 | 0.00 |
| 32 | Hillsborough County Tax Collector | 12,635.49 | 0.00 | 0.00 | 0.00 |
| CBF | Cerberus Business Finance, LLC | 405,225.73 | 405,225.73 | 405,225.73 | 0.00 |
| 49041 | Los Angeles County Treasurer and Tax Collector | 5,620.19 | 0.00 | 0.00 | 0.00 |
| 49093 | Thomas McCain | 6,256.57 | 0.00 | 0.00 | 0.00 |
| 49116 | Solano County Tax Collector | 0.00 | 0.00 | 0.00 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| 49157 | Arinc Incorporated | 10,092.69 | 0.00 | 0.00 | 0.00 |
| 49163 | Bryant Transport Service, Inc. | 500.00 | 0.00 | 0.00 | 0.00 |
| 49169 | Wells Fargo Bank, N. A. | 576,000.00 | 0.00 | 0.00 | 0.00 |
| 49170 | Wells Fargo Bank, N. A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 49172 | Wells Fargo Bank, N. A. | 50,000.00 | 0.00 | 0.00 | 0.00 |
| 49173 | Wells Fargo Bank, N. A. | 8,241.00 | 0.00 | 0.00 | 0.00 |
| 49175 | Wells Fargo Bank, N. A. | 250,000.00 | 0.00 | 0.00 | 0.00 |
| 49176 | Wells Fargo Bank, N. A. | 10,000.00 | 0.00 | 0.00 | 0.00 |
| 49188 | Wells Fargo Bank, N. A. | 426,300.00 | 0.00 | 0.00 | 0.00 |
| 49203 | Wells Fargo Bank, NA | 25,000.00 | 0.00 | 0.00 | 0.00 |
| 49214 | Margo Marks and Kory Marks | 0.00 | 0.00 | 0.00 | 0.00 |
| 49221 | James Benkard | 0.00 | 0.00 | 0.00 | 0.00 |
| 49226 | Margo Marks and Kory Marks | 0.00 | 0.00 | 0.00 | 0.00 |
| 49239 | James Benkard | 0.00 | 0.00 | 0.00 | 0.00 |
| 49248 | Dedalus Foundation | 0.00 | 0.00 | 0.00 | 0.00 |
| 49254 | Pachulski Stang Ziehl & Jones | 7,514.86 | 0.00 | 0.00 | 0.00 |
| 49274 | Kathleen Hinkaty Trust | 0.00 | 0.00 | 0.00 | 0.00 |
| 49277 | Kathleen Hinkaty Trust | 0.00 | 0.00 | 0.00 | 0.00 |
| 49294 | Harold Steinbrenner | 0.00 | 0.00 | 0.00 | 0.00 |
| 49298 | Douglas Chin | 0.00 | 0.00 | 0.00 | 0.00 |
| 49303 | Douglas Chin | 0.00 | 0.00 | 0.00 | 0.00 |
| 49308 | HQ Army & Air Force Exchange Service FA-C/OR | 6,766.60 | 0.00 | 0.00 | 0.00 |
| 49311 | Tri-C Holdings Limited | 0.00 | 0.00 | 0.00 | 0.00 |
| 49313 | Harold Steinbrenner | 0.00 | 0.00 | 0.00 | 0.00 |
| 49315 | Tri-C Holdings Limited | 0.00 | 0.00 | 0.00 | 0.00 |
| 49322 | Neil Cohen | 0.00 | 0.00 | 0.00 | 0.00 |
| 49337 | Neil Cohen | 0.00 | 0.00 | 0.00 | 0.00 |
| 49352 | US Customs & Border Protection | 123.30 | 0.00 | 0.00 | 0.00 |
| 49364 | Aeroturbine, Inc. | 60,000.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| 49367 | Aeroturbine, Inc. | 100,000.00 | 0.00 | 0.00 | 0.00 |
| 49368 | Aeroturbine, Inc. | 40,000.00 | 0.00 | 0.00 | 0.00 |
| 49372 | Myanmar Department of Civil Aviation | 16,174.00 | 0.00 | 0.00 | 0.00 |
| 49374 | Department of Transportation | 9,000.00 | 0.00 | 0.00 | 0.00 |
| 49375 | All the Way Foundation | 0.00 | 0.00 | 0.00 | 0.00 |
| 49399 | GRF Master Fund II, L.P. | 0.00 | 0.00 | 0.00 | 0.00 |
| 49409 | Anchorage Illiquid Opportunities Offshore Master, L.P. | 0.00 | 0.00 | 0.00 | 0.00 |
| 49416 | Anchorage Illiquid Opportunities Offshore Master II, L.P. | 0.00 | 0.00 | 0.00 | 0.00 |
| 49433 | GE Capital Aviation Services Limited | 0.00 | 0.00 | 0.00 | 0.00 |
| 49434 | GE Capital Aviation Services, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 49459 | World (DE) QRS 16-95, Inc | 0.00 | 0.00 | 0.00 | 0.00 |
| 49479 | Israel Aerospace Industries, Ltd | 4,206,169.53 | 0.00 | 0.00 | 0.00 |
| 49524 | AIG Assurance Company | 0.00 | 0.00 | 0.00 | 0.00 |
| 49546 | Department of Transportation | 9,000.00 | 0.00 | 0.00 | 0.00 |
| 49592 | DFAS-HBG | 3,150,521.75 | 0.00 | 0.00 | 0.00 |
| 49603 | Myanmar Department of Civil Aviation | 16,174.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 379,614.22

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - A. T. Giuliano, P.C. | 77,352.73 | 0.00 | 77,352.73 |
| Trustee, Expenses - A. T. Giuliano, P.C. | 51.99 | 0.00 | 51.99 |
| Attorney for Trustee, Fees - Pachulski Stang Ziehl & Jones LLP | 817,534.12 | 521,156.65 | 259,896.57 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Attorney for Trustee, Expenses - Pachulski Stang Ziehl & Jones LLP | 52,423.13 | 35,025.52 | 15,058.33 |
| Accountant for Trustee, Fees - Giuliano, Miller & Co., LLC | 356,528.57 | 313,628.05 | 26,991.12 |
| Accountant for Trustee, Expenses - Giuliano, Miller & Co., LLC | 3,000.10 | 2,602.75 | 263.48 |
| Other Fees: Cozen O'Connor | 1,377.00 | 1,377.00 | 0.00 |
| Other Expenses: Gregory Berdy | 1,040.00 | 1,040.00 | 0.00 |
| Other Fees: Orion Recovery Services, Inc. | 1,931.33 | 1,931.33 | 0.00 |
| Other Fees: Reliable Recovery | 15,077.93 | 15,077.93 | 0.00 |
| Other Expenses: Hill Archive | 28,680.69 | 28,680.69 | 0.00 |
| Other Expenses: International Sureties, Ltd | 2,127.66 | 2,127.66 | 0.00 |
| Other Expenses: New York State Dept of Tax & Finance | 0.00 | 0.00 | 0.00 |
| Other Expenses: Recall Total Information Management, Inc. | 22,338.00 | 22,338.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 379,614.22
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Expenses: Aeroturbine, Inc. | 385,792.50 | 0.00 | 0.00 |
| Other Expenses: Aircraft Service International, Inc. | 2,519.86 | 0.00 | 0.00 |
| Other Expenses: Aircraft Service International, Inc. | 239,635.90 | 0.00 | 0.00 |
| Other Expenses: Arinc Incorporated | 21,198.15 | 0.00 | 0.00 |
| Other Expenses: Aviall Services, Inc. | 845.46 | 0.00 | 0.00 |
| Other Expenses: Bryant Transport Service, Inc. | 0.00 | 0.00 | 0.00 |
| Other Expenses: Chemetall US, Inc. | 1,406.68 | 0.00 | 0.00 |
| Other Expenses: DFAS-HBG | 0.00 | 0.00 | 0.00 |
| Other Expenses: Delta Air Lines, Inc | 15,236.80 | 0.00 | 0.00 |
| Other Expenses: Delta Air Lines, Inc. | 3,290.00 | 0.00 | 0.00 |
| Other Expenses: Engine Lease Finance Corporation | 0.00 | 0.00 | 0.00 |
| Other Expenses: Eriko Daly | 0.00 | 0.00 | 0.00 |
| Other Expenses: Fastenal Company | 646.90 | 0.00 | 0.00 |
| Other Expenses: GE Capital Aviation, LLC & GE Capital Aviation, Limited | 612,012.35 | 0.00 | 0.00 |

| | | | |
|---|---:|---:|---:|
| Other Expenses: Honeywell | 571,436.54 | 0.00 | 0.00 |
| Other Expenses: Indyannas Catering | 0.00 | 0.00 | 0.00 |
| Other Expenses: Internal Revenue Service | 150,432.60 | 0.00 | 0.00 |
| Other Expenses: International Brotherhood of Teamsters | 0.00 | 0.00 | 0.00 |
| Other Expenses: International Brotherhood of Teamsters, Airline Division | 0.00 | 0.00 | 0.00 |
| Other Expenses: International Lease Finance Corporation | 77,136.90 | 0.00 | 0.00 |
| Other Expenses: Malabar International | 0.00 | 0.00 | 0.00 |
| Other Expenses: Miami-Dade Aviation Department | 7,198.70 | 0.00 | 0.00 |
| Other Expenses: Multicorp, Inc. | 689.00 | 0.00 | 0.00 |
| Other Expenses: Peter Wadsworth | 0.00 | 0.00 | 0.00 |
| Other Expenses: Sierra Liquidity Fund, LLC | 0.00 | 0.00 | 0.00 |
| Other Expenses: Sierra Liquidity Fund, LLC | 1,300.00 | 0.00 | 0.00 |
| Other Expenses: Sierra Liquidity Fund, LLC | 12,810.50 | 0.00 | 0.00 |
| Other Expenses: Sierra Liquidity Fund, LLC | 0.00 | 0.00 | 0.00 |
| Other Expenses: Silk Way Airlines, LLC | 4,069,962.20 | 0.00 | 0.00 |
| Other Expenses: Skytech Aviation, Inc. | 37,318.00 | 0.00 | 0.00 |
| Other Expenses: TeamSAI M&E Solutions, LLC | 10,147.50 | 0.00 | 0.00 |
| Other Expenses: Texas Workforce Commission | 890.38 | 0.00 | 0.00 |
| Other Expenses: The Goodyear Tire & Rubber Company | 65,314.34 | 0.00 | 0.00 |
| Other Expenses: U.S. Department of Homeland Security | 571.95 | 0.00 | 0.00 |
| Other Expenses: UTi, United States, Inc. | 4,713,021.96 | 0.00 | 0.00 |
| Other Expenses: Unical Aviation Inc | 905.00 | 0.00 | 0.00 |
| Other Expenses: United Aviation Services | 0.00 | 0.00 | 0.00 |
| Other Expenses: United States Department of Defense | 1,974,529.63 | 0.00 | 0.00 |
| Other Expenses: Workcare, Inc. | 3,887.00 | 0.00 | 0.00 |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $285,619.56 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 4 | Solano County Tax Collector | 15,239.90 | 0.00 | 0.00 |
| 10 | Florida Department of Revenue | 0.00 | 0.00 | 0.00 |
| 11 | Florida Department of Revenue | 59.64 | 0.00 | 0.00 |
| 12 | New York State Department of Labor | 812.97 | 0.00 | 0.00 |
| 19 | State of New Jersey | 4,500.00 | 0.00 | 0.00 |
| 23P | Terry Hamric | 8,731.55 | 0.00 | 0.00 |
| 24P | Pennsylvania Department of Revenue | 53,996.14 | 0.00 | 0.00 |
| 31 | Hillsborough County Tax Collector | 111,487.12 | 0.00 | 0.00 |
| 32 | Hillsborough County Tax Collector | 12,635.49 | 0.00 | 0.00 |
| 37 | Ursula Biloschaetzke | 0.00 | 0.00 | 0.00 |
| 50 | Fayette County Tax Commissioner | 8,113.29 | 0.00 | 0.00 |
| 54 | King County Treasury Operations | 4,096.54 | 0.00 | 0.00 |
| 58 | New York State Dept of Tax & Finance | 4,015.09 | 0.00 | 0.00 |
| 49076 | Robert McMillan | 4,870.33 | 0.00 | 0.00 |
| 49082 | Edward Fairbrother | 14,156.49 | 0.00 | 0.00 |
| 49093 | Thomas McCain | 6,256.57 | 0.00 | 0.00 |
| 49097 | William Smiley | 4,419.56 | 0.00 | 0.00 |
| 49103 | Dallas Boschen | 180.45 | 0.00 | 0.00 |
| 49113 | Greg Van Noy | 0.00 | 0.00 | 0.00 |
| 49115 | Greg Van Noy | 4,666.99 | 0.00 | 0.00 |
| 49131 | Neil Flynn | 4,729.94 | 0.00 | 0.00 |
| 49149 | Los Angeles County Treasurer and Tax Collector | 0.00 | 0.00 | 0.00 |
| 49162 | Chester Carter | 13,971.50 | 0.00 | 0.00 |
| 49190 | Stephen Robert Ouellet | 0.00 | 0.00 | 0.00 |
| 49192 | City of Houston, Texas | 0.00 | 0.00 | 0.00 |
| 49210 | Jeffrey Stahlberg | 7,858.03 | 0.00 | 0.00 |
| 49352 | US Customs & Border Protection | 0.00 | 0.00 | 0.00 |

| Claim No | Claimant | Allowed Amount | Interim Payments | Proposed Payment |
|---|---|---|---|---|
| 49362 | Delta Air Lines, Inc | 0.00 | 0.00 | 0.00 |
| 49529 | International Brotherhood of Teamsters, Airline Division | 0.00 | 0.00 | 0.00 |
| 49529 | International Brotherhood of Teamsters, Airline Division | 0.00 | 0.00 | 0.00 |
| 49548 | Brian McQueeney | 0.00 | 0.00 | 0.00 |
| 49548 | Brian McQueeney | 0.00 | 0.00 | 0.00 |
| 49548 | Brian McQueeney | 0.00 | 0.00 | 0.00 |
| 49583 | California Franchise Tax Board | 821.97 | 0.00 | 0.00 |
| 49623 | New York State Department of Labor | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,147,651.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Gemstar Manufacturing | 1,480.00 | 0.00 | 0.00 |
| 2 | Broadcast Music, Inc. (BMI) | 2,788.66 | 0.00 | 0.00 |
| 5 | Shannon Airport Authority PLC | 2,442.50 | 0.00 | 0.00 |
| 6 | Titan Crane, Inc | 1,720.00 | 0.00 | 0.00 |
| 7 | Stansted Airport Limited | 8,224.37 | 0.00 | 0.00 |
| 10 -2 | Florida Department of Revenue | 0.00 | 0.00 | 0.00 |
| 11 | Florida Department of Revenue | 31.50 | 0.00 | 0.00 |
| 13 | Gate Gourmet, Inc. | 26,774.16 | 0.00 | 0.00 |
| 16 | Colorado Springs Airport | 8,350.60 | 0.00 | 0.00 |
| 17 | California State Controllers Office | 1,615.53 | 0.00 | 0.00 |
| 18 | Cheryl Cannon | 3,486.17 | 0.00 | 0.00 |
| 21 | The Port Authority of New York & New Jersey | 5,040.00 | 0.00 | 0.00 |
| 24U | Pennsylvania Department of Revenue | 17,235.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 25 | Fastenal Company | 1,430.06 | 0.00 | 0.00 |
| 26 | T-Aerospace, LLC | 14,894.00 | 0.00 | 0.00 |
| 27 | Airport Express Shuttle, Inc | 523.60 | 0.00 | 0.00 |
| 28 | United Aviation Services | 132,842.23 | 0.00 | 0.00 |
| 29 | Alfred T. Giuliano, Chapter 7 Trustee | 0.00 | 0.00 | 0.00 |
| 29 -2 | Alfred T. Giuliano, Chapter 7 Trustee | 85,188.81 | 0.00 | 0.00 |
| 30 | PortGround GmbH | 1,370.94 | 0.00 | 0.00 |
| 33 | All Nippon Airways Co., Ltd. (ANA) | 8,938.00 | 0.00 | 0.00 |
| 34 | Fabor S.A. | 25,966.85 | 0.00 | 0.00 |
| 35 | Marana Aerospace Solutions, Inc. | 32,435.94 | 0.00 | 0.00 |
| 36 | International Air Transport Association | 0.00 | 0.00 | 0.00 |
| 36 -2 | International Air Transport Association, as agent | 6,262.06 | 0.00 | 0.00 |
| 38 | Rockhampton Regional Council | 21,051.70 | 0.00 | 0.00 |
| 39 | Jeppesen Sanderson, Inc. | 185,381.10 | 0.00 | 0.00 |
| 40 | UAB GaTe Logistics LT | 2,830,328.02 | 0.00 | 0.00 |
| 41 | Zuckert Scoutt & Rasenberger, L.L.P. | 4,515.00 | 0.00 | 0.00 |
| 42 | Honeywell | 184,414.36 | 0.00 | 0.00 |
| 44 | Debra Wadsworth | 0.00 | 0.00 | 0.00 |
| 46 | Airline Container Leasing, LLC | 2,982.00 | 0.00 | 0.00 |
| 55 | The Goodyear Tire & Rubber Company | 284,276.69 | 0.00 | 0.00 |
| 60 | Multicorp, Inc. | 1,802.00 | 0.00 | 0.00 |
| 69 | Workcare, Inc. | 5,724.00 | 0.00 | 0.00 |
| 49012 | Aviall Services, Inc. | 391.63 | 0.00 | 0.00 |
| 49016 | United Rentals, Inc. | 8,437.65 | 0.00 | 0.00 |
| 49017 | United Rentals, Inc. | 14,620.59 | 0.00 | 0.00 |
| 49018 | United Rentals, Inc. | 3,064.31 | 0.00 | 0.00 |
| 49021 | ASE Air Sea Express, Ltd. | 49,626.06 | 0.00 | 0.00 |
| 49029 | Midnite Express | 1,931.98 | 0.00 | 0.00 |
| 49030 | Echo Global Logistics | 1,150.00 | 0.00 | 0.00 |
| 49031 | Volant Aerospace, LLC | 2,090.00 | 0.00 | 0.00 |
| 49033 | ACL Airshop Ltd (HK) | 10,986.50 | 0.00 | 0.00 |
| 49034 | ACL-Airshop B.V. | 27,461.51 | 0.00 | 0.00 |

| | | | | |
|---|---|---:|---:|---:|
| 49042 | Arkansas Auditor of State UCP | 240.00 | 0.00 | 0.00 |
| 49044 | Servisair Fuel Services, LLC | 568.78 | 0.00 | 0.00 |
| 49045 | Servisair USA, Inc. | 5,214.37 | 0.00 | 0.00 |
| 49047 | Avid Airline Products of RI | 7,549.58 | 0.00 | 0.00 |
| 49048 | Preferred Composite Services | 0.00 | 0.00 | 0.00 |
| 49056 | Maryland Aviation Administration | 175,869.65 | 0.00 | 0.00 |
| 49062 | Boeing US Training & Flight Services, LLC | 1,569.10 | 0.00 | 0.00 |
| 49063 | Boeing Company | 0.00 | 0.00 | 0.00 |
| 49067 | Hong Kong Aircraft Engineering Co., Ltd. | 2,428.60 | 0.00 | 0.00 |
| 49068 | AT&T Corp. | 4,593.08 | 0.00 | 0.00 |
| 49073 | Elite Cleaners | 926.50 | 0.00 | 0.00 |
| 49075 | Mercury GSE | 23,626.42 | 0.00 | 0.00 |
| 49077 | Telvent DTN, LLC | 3,500.00 | 0.00 | 0.00 |
| 49079 | Woodward MPC, Inc. | 4,991.00 | 0.00 | 0.00 |
| 49082 | Edward Fairbrother | 0.00 | 0.00 | 0.00 |
| 49084 | Lawrence Air Service Enterprises | 3,522.00 | 0.00 | 0.00 |
| 49085 | Elite Cleaners | 926.50 | 0.00 | 0.00 |
| 49092 | Brussels Airport Company nv | 2,618.55 | 0.00 | 0.00 |
| 49095 | General Paper Goods Co., Inc. | 2,560.35 | 0.00 | 0.00 |
| 49099 | Automated Systems In Aircraft Performance, Inc. | 9,156.25 | 0.00 | 0.00 |
| 49101 | Indyannas Catering | 2,746.80 | 0.00 | 0.00 |
| 49104 | Skytech Aviation, Inc. | 94,696.00 | 0.00 | 0.00 |
| 49108 | Titan Crane, Inc | 1,720.00 | 0.00 | 0.00 |
| 49111 | Fastenal Company | 783.16 | 0.00 | 0.00 |
| 49117 | Gulfport - Biloxi International Airport | 4,317.20 | 0.00 | 0.00 |
| 49120 | MEKCO Group, Inc. | 12,949.53 | 0.00 | 0.00 |
| 49127 | Oklahoma State Treasurer | 0.00 | 0.00 | 0.00 |
| 49128 | Shuttle Express | 7,905.20 | 0.00 | 0.00 |
| 49129 | Miami-Dade Aviation Department | 76,864.11 | 0.00 | 0.00 |
| 49134 | JR Aviation | 5,309.50 | 0.00 | 0.00 |
| 49135 | IPECO Holdings, Inc. | 1,151.05 | 0.00 | 0.00 |
| 49137 | Ametek Ameron, LLC | 4,017.00 | 0.00 | 0.00 |

| | | | | |
|---|---|---:|---:|---:|
| 49140 | City of Atlanta, Department of Aviation | 136,926.54 | 0.00 | 0.00 |
| 49142 | Wells Fargo Bank Northwest, N.A. as Owner Trustee | 6,012,405.70 | 0.00 | 0.00 |
| 49151 | UAB GaTe Logistics, LT | 2,613,520.68 | 0.00 | 0.00 |
| 49152 | Flyht Aerospace Solutions, Ltd. | 18,732.03 | 0.00 | 0.00 |
| 49154 | CEVA Freight, LLC | 1,700.00 | 0.00 | 0.00 |
| 49157 | Arinc Incorporated | 0.00 | 0.00 | 0.00 |
| 49161 | Air-Pro, LLC | 7,588.00 | 0.00 | 0.00 |
| 49163 | Bryant Transport Service, Inc. | 500.00 | 0.00 | 0.00 |
| 49164 | Bryant Transport Service, Inc. | 425.00 | 0.00 | 0.00 |
| 49165 | Lufthansa Technik - Brussels N.V. | 3,469.84 | 0.00 | 0.00 |
| 49168 | Tammy Harper | 1,365.00 | 0.00 | 0.00 |
| 49192 | City of Houston, Texas | 975.00 | 0.00 | 0.00 |
| 49193 | All Nippon Airways Co., Ltd. (ANA) | 0.00 | 0.00 | 0.00 |
| 49196 | HQ Army & Air Force Exchange Service FA-C/OR | 0.00 | 0.00 | 0.00 |
| 49197 | AAR Manufacturing, Inc. | 1,904.00 | 0.00 | 0.00 |
| 49203 | Wells Fargo Bank, N. A. | 0.00 | 0.00 | 0.00 |
| 49208 | Delta Air Lines, Inc. | 0.00 | 0.00 | 0.00 |
| 49209 | Travelers Casualty and Surety Company of America | 0.00 | 0.00 | 0.00 |
| 49212 | United Aviation Services | 0.00 | 0.00 | 0.00 |
| 49254 | Pachulski Stang Ziehl & Jones | 7,514.86 | 0.00 | 0.00 |
| 49281 | Dennis Brown | 0.00 | 0.00 | 0.00 |
| 49282 | Dennis Brown | 4,000,000.00 | 0.00 | 0.00 |
| 49291 | Evergreen Aviation Ground Logistics Enterprise, Inc. | 91,673.81 | 0.00 | 0.00 |
| 49306 | Aero-Zone, Inc | 9,774.53 | 0.00 | 0.00 |
| 49340 | GRG Aircraft & Leasing, Inc. | 9,500.00 | 0.00 | 0.00 |
| 49343 | Silk Way Airlines, LLC | 0.00 | 0.00 | 0.00 |
| 49346 | Capewell Components | 558.06 | 0.00 | 0.00 |
| 49348 | United Airlines | 36,790.00 | 0.00 | 0.00 |
| 49349 | Flughafen Leipzip/Halle GmbH | 20,493.20 | 0.00 | 0.00 |
| 49351 | Airline Container Leasing, LLC | 18,728.25 | 0.00 | 0.00 |

| | | | | |
|---|---|---:|---:|---:|
| 49353 | Aircraft Service International, Inc. | 90,062.44 | 0.00 | 0.00 |
| 49354 | Airgas USA, LLC South Division | 2,869.75 | 0.00 | 0.00 |
| 49355 | Airgas USA, LLC South Division | 1,426.43 | 0.00 | 0.00 |
| 49356 | Aeroturbine, Inc. | 0.00 | 0.00 | 0.00 |
| 49357 | Littler Mendelson | 1,585.00 | 0.00 | 0.00 |
| 49360 | Pacific Bell Telephone Company | 982.98 | 0.00 | 0.00 |
| 49362 | Delta Air Lines, Inc | 1,332,378.20 | 0.00 | 0.00 |
| 49364 | Aeroturbine, Inc. | 0.00 | 0.00 | 0.00 |
| 49365 | BellSouth Telecommunications, Inc. | 7,208.39 | 0.00 | 0.00 |
| 49366 | ANHAM FZCO c/o ANHAM USA, Inc. | 2,036,837.79 | 0.00 | 0.00 |
| 49367 | Aeroturbine, Inc. | 0.00 | 0.00 | 0.00 |
| 49368 | Aeroturbine, Inc. | 0.00 | 0.00 | 0.00 |
| 49370 | VAS Aero Services, LLC | 28,455.85 | 0.00 | 0.00 |
| 49372 | Myanmar Department of Civil Aviation | 16,174.00 | 0.00 | 0.00 |
| 49378 | All the Way Foundation | 0.00 | 0.00 | 0.00 |
| 49385 | Prudential Asset Resources, Inc. | 0.00 | 0.00 | 0.00 |
| 49386 | Recall Total Information Management, Inc. | 3,850.00 | 0.00 | 0.00 |
| 49387 | Recall Total Information Management, Inc. | 20,000.91 | 0.00 | 0.00 |
| 49393 | Avborne Accessory Group, Inc. | 16,115.00 | 0.00 | 0.00 |
| 49396 | SKB Life Saving Equipment N.V. | 7,764.84 | 0.00 | 0.00 |
| 49397 | Viatech Publishing Solutions | 7,758.50 | 0.00 | 0.00 |
| 49399 | GRF Master Fund II, L.P. | 0.00 | 0.00 | 0.00 |
| 49409 | Anchorage Illiquid Opportunities Offshore Master, L.P. | 0.00 | 0.00 | 0.00 |
| 49416 | Anchorage Illiquid Opportunities Offshore Master II, L.P. | 0.00 | 0.00 | 0.00 |
| 49419 | Hydro Palace (Dermul OST), 58A | 1,943.22 | 0.00 | 0.00 |
| 49420 | Hydro Palace (Dermul OST), 67A | 804.08 | 0.00 | 0.00 |
| 49421 | Agence Dermul, NV | 2,199.20 | 0.00 | 0.00 |
| 49422 | Agence Dermul, NV | 5,133.76 | 0.00 | 0.00 |
| 49423 | Agence Dermul, NV | 1,536.61 | 0.00 | 0.00 |
| 49426 | UTC Aerospace Systems | 0.00 | 0.00 | 0.00 |
| 49427 | UTi, United States, Inc. | 1,341,640.84 | 0.00 | 0.00 |
| 49429 | International Lease Finance Corporation | 5,178,423.00 | 0.00 | 0.00 |

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 49430 | International Lease Finance Corporation | 871,955.00 | 0.00 | 0.00 |
| 49437 | The Goodyear Tire & Rubber Company | 0.00 | 0.00 | 0.00 |
| 49441 | International Lease Finance Corporation | 4,169,070.00 | 0.00 | 0.00 |
| 49451 | Dallas/Fort Worth Int'l Airport Board | 61,166.26 | 0.00 | 0.00 |
| 49459 | World (DE) QRS 16-95, Inc | 0.00 | 0.00 | 0.00 |
| 49477 | Lufthansa Technik AG | 6,146,152.44 | 0.00 | 0.00 |
| 49479 | Israel Aerospace Industries, Ltd | 4,206,169.53 | 0.00 | 0.00 |
| 49484 | Revima APU SAS | 129,708.12 | 0.00 | 0.00 |
| 49486 | Malabar International | 7,862.70 | 0.00 | 0.00 |
| 49514 | Hapag-Lloyd USA, LLC | 93,521.42 | 0.00 | 0.00 |
| 49521 | Unical Aviation Inc | 93,783.68 | 0.00 | 0.00 |
| 49524 | AIG Assurance Company | 0.00 | 0.00 | 0.00 |
| 49525 | Silk Way Airlines, LLC | 3,517,002.82 | 0.00 | 0.00 |
| 49528 | Silk Way Airlines, LLC | 3,517,002.82 | 0.00 | 0.00 |
| 49587 | U. S. Treasury, Department of the Army | 1,290.00 | 0.00 | 0.00 |
| 49588 | Finavia Corporation | 94,944.45 | 0.00 | 0.00 |
| 49605 | Virginia Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 49625 | U. S. Bank, N. A., as Trustee | 646,730.43 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 2,995,571.84 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 48A | IAR Intertax Airline Representation GmbH | 2,804,033.74 | 0.00 | 0.00 |
| 48B | IAR Intertax Airline Representation GmbH | 2,852.42 | 0.00 | 0.00 |
| 49 | Airport Authority Of India | 20,590.00 | 0.00 | 0.00 |
| 53 | Triumph Interiors, LLC | 9,600.00 | 0.00 | 0.00 |
| 56 | Office of the United States Trustee | 152,275.00 | 0.00 | 0.00 |
| 57 | Los Angeles County Treasurer and Tax Collector | 6,220.68 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 945.33 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Florida Department of Revenue | 0.00 | 0.00 | 0.00 |
| 24U | Pennsylvania Department of Revenue | 945.33 | 0.00 | 0.00 |

| | Total to be paid for subordinated claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Prepared By: /s/Alfred T. Giuliano, Trustee (DE)
Trustee

Alfred T. Giuliano, Trustee (DE)
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ  08043
(856) 767-3000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**